# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DOUG FALLIS, et al., | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-83-S-BT |
| JAYCO INC.. | § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 17, 2021.

_____
**UNITED STATES DISTRICT JUDGE**