# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| DOUG FALLIS, et al., | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-83-S-BT |
| | § | |
| JAYCO INC., | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED** that this action is **DISMISSED** without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

The Clerk shall transmit a copy of this Judgment, together with a copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED.**

SIGNED April 17, 2021.

_____
**UNITED STATES DISTRICT JUDGE**